**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiffs and the proposed Class*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARK ALLEN and SALVATORE RAPPA, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PIXARBIO CORPORATION f/k/a BMP HOLDINGS INC., FRANCIS M. REYNOLDS, KENNETH A. STROMSLAND, KATRIN HOLZHAUS, DAVID A. CASS, DEREK S. BRIDGES, and LAURA BARKER MORSE,<br><br>    Defendants. | Case No. 2:17-cv-00496-CCC-SCM<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES**<br><br>Motion Day: October 7, 2019<br><br>Hon. Claire C. Cecchi |
| MICHAEL SCHNIEDERS, derivatively on behalf of PIXARBIO CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>FRANCIS M. REYNOLDS, KATRIN HOLZHAUS, DAVID A. CASS, and LAURA BARKER MORSE,<br><br>    Defendants,<br>    and<br><br>PIXARBIO CORPORATION,<br>    Nominal Defendant. | Case No. 2:17-cv-02987 |

**PLEASE TAKE NOTICE** that on October 7, 2019, or as soon thereafter Lead Plaintiffs Mark Allen and Salvatore Rappa and Named Plaintiffs Marvin Becker and Jacqueline Becker ("Class Plaintiffs") and Michael Schnieders ("Derivative Plaintiff," and collectively, "Plaintiffs") may be heard, Plaintiffs will move this Court, the Honorable Claire C. Cecchi, United States District Judge of the United States District Court for the District of New Jersey, 50 Walnut Street, Courtroom MLK 5B, Newark, New Jersey, 07102, for entry of an Order: (i) preliminarily approving the settlement between Plaintiffs and Defendants Pixarbio Corporation F/K/A Bmp Holdings Inc. ("PixarBio"), Francis M. Reynolds, Kenneth A. Stromsland, Katrin Holzhaus, David A. Cass, Derek S. Bridges, and Laura Barker Morse; (ii) conditionally certifying the Settlement Class; (iii) approving the notice to the Class and PixarBio shareholders of the Proposed Settlement; and (iv) scheduling a final approval hearing for a date at the Court's convenience.

In support of this motion, Plaintiffs rely on the accompanying Memorandum of Law, the Stipulation and Agreement of Settlement and Exhibits thereto, the pleadings and records on file in the above-captioned actions, and other such matters as the Court may consider at the hearing on this motion.

Defendants do not oppose this motion.

Dated: September 4, 2019                                    Respectfully submitted,

                                                            **THE ROSEN LAW FIRM, P.A.**

                                                            /s/ Laurence M. Rosen
                                                            Laurence M. Rosen, Esq.
                                                            609 W. South Orange Avenue, Suite 2P
                                                            South Orange, NJ  07079
                                                            Tel: (973) 313-1887
                                                            Fax: (973) 833-0399
                                                            lrosen@rosenlegal.com

and

Leah Heifetz-Li (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, Pennsylvania 19046
Tel: (215) 600-2817
Fax: (212) 202-3827
Email: lheifetz@rosenlegal.com

*Class Counsel for Lead Plaintiffs and the proposed Settlement Class*

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
440 Park Avenue South, 5th Floor
New York, NY 10016
Tel: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com

*Additional Class Counsel*

**PAWAR LAW GROUP P.C.**
Vik Pawar
6 South Street, Suite 201
Morristown, NJ 07960
Tel: (212) 571-0805
Fax: (212) 571-0938
Email: vikrantpawaresq@gmail.com

and

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
240 Townsend Square
Oyster Bay, New York 11771
Tel: (516) 922-5427
Fax: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiff Michael Schnieders*

2

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this on September 4, 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                              /s/ Laurence M. Rosen
                                              Laurence M. Rosen