**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
One Gateway Center, Suite 2600
Newark, NJ 07102
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the proposed Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARK ALLEN and SALVATORE RAPPA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PIXARBIO CORPORATION f/k/a BMP HOLDINGS INC., FRANCIS M. REYNOLDS, KENNETH A. STROMSLAND, KATRIN HOLZHAUS, DAVID A. CASS, DEREK S. BRIDGES, and LAURA BARKER MORSE,<br><br>Defendants. | Case No. 2:17-cv-00496-CCC-SCM<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARDS TO LEAD PLAINTIFFS, NAMED PLAINTIFFS, AND DERIVATIVE PLAINTIFF**<br><br>Motion Day: March 13, 2020<br><br>Hon. Claire C. Cecchi |
| MICHAEL SCHNIEDERS, derivatively on behalf of PIXARBIO CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FRANCIS M. REYNOLDS, KATRIN HOLZHAUS, DAVID A. CASS, and LAURA BARKER MORSE,<br><br>Defendants,<br>and<br><br>PIXARBIO CORPORATION,<br><br>Nominal Defendant. | Case No. 2:17-cv-02987 |

1

**PLEASE TAKE NOTICE** that pursuant to the Court's Order Granting Motion for Preliminary Approval of Class Action and Derivative Action dated November 18, 2019 (Dkt. No. 135), on March 13, 2020, at 12:30 p.m., or as soon thereafter as counsel may be heard, at 50 Walnut Street, Courtroom MLK 5B, Newark, New Jersey 07102, before the Honorable Claire C. Cecchi, United States District Judge, Lead Plaintiffs Mark Allen and Salvatore Rappa, Named Plaintiffs Marvin Becker and Jacqueline Becker ("Class Plaintiffs"), and Michael Schnieders ("Derivative Plaintiff," and collectively, "Plaintiffs"), through their undersigned Counsel, will move for an order: (i) awarding attorneys' fees; (ii) awarding reimbursement of litigation expenses, and (iii) approving compensatory Awards to Lead Plaintiffs, Named Plaintiffs, and Derivative Plaintiff.

The motion is based on: (i) the Memorandum of Law in Support; (ii) the Declaration of Laurence M. Rosen in Support of Motions for: (1) Final Approval of Proposed Settlement; and (2) Award of Attorneys' Fees, Reimbursement of Expenses, and Awards to Lead Plaintiffs, Named Plaintiffs, and Derivative Plaintiff and the exhibits thereto; (iii) the Stipulation and Agreement of Settlement filed September 4, 2019 and the exhibits thereto (Dkt. No. 132); and (iv) all other pleadings and matters of record and such additional evidence or arguments as may be presented at the hearing.

Dated: February 14, 2020               Respectfully submitted,

                                                                         **THE ROSEN LAW FIRM, P.A.**

                                                                         /s/ Laurence M. Rosen
                                                                         Laurence M. Rosen
                                                                         One Gateway Center, Suite 2600
                                                                         Newark, NJ 07102
                                                                         Tel: (973) 313-1887
                                                                         Fax: (973) 833-0399
                                                                         Email: lrosen@rosenlegal.com

and

Leah Heifetz-Li (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Tel: (215) 600-2817
Fax: (212) 202-3827
Email: lheifetz@rosenlegal.com

and

Erica L. Stone
Phillip Kim (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: estone@rosenlegal.com
Email: pkim@rosenlegal.com

*Class Counsel for Lead Plaintiffs and the proposed Settlement Class*

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
440 Park Avenue South, 5th Floor
New York, NY 10016
Tel: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com

*Additional Class Counsel*

**PAWAR LAW GROUP P.C.**
Vik Pawar
6 South Street, Suite 201
Morristown, NJ 07960
Tel: (212) 571-0805
Fax: (212) 571-0938
Email: vikrantpawaresq@gmail.com

and

**THE BROWN LAW FIRM, P.C.**
Timothy Brown

2

240 Townsend Square
Oyster Bay, NY 11771
Tel: (516) 922-5427
Fax: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Counsel for Derivative Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this on February 14, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Laurence M. Rosen